**Gregory Stephen COOK, et al., Plaintiffs,**

**Charles C. Sauvage, Plaintiff–Appellant,**

v.

**John W. SNOW, Secretary of the Department of the Treasury, Defendant–Appellee.**

No. 05–15681
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 28, 2006.

Ronald H. Tonkin, Houston, TX, for Plaintiff–Appellant.

Todd B. Grandy, U.S. Attorney's Office, Tampa, FL, Patricia D. Barksdale, Jacksonville, FL, for Defendant–Appellee.

Before BLACK, BARKETT and HILL, Circuit Judges.

PER CURIAM:

We have carefully reviewed the briefs and record in this case.

The evidentiary rulings of the trial court[1] were well within discretion and do not constitute reversible error.

The trial court's findings of fact are amply supported by the evidence and con-

---

jury trial by consent of the parties.

clusions of law drawn therefrom are not erroneous.

The judgment adverse to the appellant is

AFFIRMED.